IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHIBUZOR MBONU GILES,  )
)
Petitioner,  )
)
v.  )  Civil Action No. 3:17CV702–HEH
)
JEFFREY CRAWFORD,  )
)
Respondent.  )

## MEMORANDUM OPINION
### (Dismissing Civil Action Without Prejudice)

Petitioner, a federal detainee proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. The Court also received the $5.00 filing fee from Petitioner. By Memorandum Order entered on November 15, 2017, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition. The Court warned Petitioner that the failure to comply with the terms of the November 15, 2017 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed and Petitioner has not completed and returned the § 2241 form or otherwise responded to the November 15, 2017 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Dec 18, 2017
Richmond, Virginia